1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   DAVID ZWIRN,                              No.  2:16-cv-2853 CKD P

12                   Plaintiff,

13        v.                                   ORDER

14   A. RUGGIERO,

15                   Defendant.

16

17        Plaintiff, a state prisoner proceeding pro se and in forma pauperis, has requested

18   appointment of counsel.  The court cannot *require* an attorney to represent a plaintiff who cannot

19   pay for the attorney's services.  Mallard v. United States Dist. Court, 490 U.S. 296, 298 (1989).

20   However, under the federal in forma pauperis statute, 28 U.S.C. § 1915, the court may *request*

21   that an attorney represent a person unable to afford counsel.  28 U.S.C. § 1915(e)(1).  The court

22   will make that request only when there are exceptional circumstances.  When determining

23   whether "exceptional circumstances" exist, the court considers, among other things, plaintiff's

24   likelihood of success on the merits as well as the ability of the plaintiff to articulate his claims pro

25   se in light of the complexity of the legal issues involved.  Palmer v. Valdez, 560 F.3d 965, 970

26   (9th Cir. 2009).  While the court is aware of the difficulties attendant to litigating an action while

27   incarcerated, circumstances common to most prisoners do not establish "exceptional

28   circumstances."

1    In the present case, the court does not find the required exceptional circumstances at this

2  stage of these proceedings.

3          Accordingly, IT IS HEREBY ORDERED that plaintiff's request for the appointment of

4  counsel (ECF No. 16) is denied.

5  Dated:  June 6, 2017

6                                                      _____
                                                       CAROLYN K. DELANEY
7                                                      UNITED STATES MAGISTRATE JUDGE

8

9

10   1/bh
     zwir2853.31(1)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                                    2