UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID ZWIRN,

      Plaintiff,           No. 2:16-cv-2853 CKD P

vs.

A. RUGGERIO,

      Defendant.         **AMENDED ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

      /

David Zwirn, inmate AK-1926, a necessary and material witness in proceedings in this case on April 6, 2018, is confined in Salinas Valley State Prison, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Gregory G. Hollows in courtroom #9, **to appear by video-conferencing** at Salinas Valley State Prison, April 6, 2018, at 9:00 a.m.

ACCORDINGLY, IT IS ORDERED that:

    1. The previous order and writ of habeas corpus ad testificandum (ECF No. 37) is hereby vacated;

    2. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify by video-conferencing before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

    3. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: The Warden, Salinas Valley State Prison, P.O. Box 1020, Soledad, California, 93960:**

    **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above **by video-conferencing**, and from day to day until completion of the proceedings or as ordered by the court.

    **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated: March 16, 2018

                                            _____
                                            CAROLYN K. DELANEY
                                            UNITED STATES MAGISTRATE JUDGE