# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

DAVID ZWIRN,  No. 2:16-cv-2853 CKD P

    Plaintiff,

  v.

A. RUGGERIO,  **SECOND AMENDED ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

    Defendant.
_____/

David Zwirn, inmate AK-1926, a necessary and material witness in proceedings in this case on May 3, 2018, is confined in Salinas Valley State Prison, in the custody of the Warden. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Gregory G. Hollows in courtroom #9, **to appear by video-conferencing** at Salinas Valley State Prison, on May 3, 2018 at 1:00 p.m.

ACCORDINGLY, IT IS ORDERED that:

1. The previous order and writ of habeas corpus ad testificandum (ECF No. 43) is hereby vacated.

2. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify by **video-conferencing** before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court.

3. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, Salinas Valley State Prison, P.O. Box 1020, Soledad, California, 93960:**

**WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above **by video-conferencing**, until completion of the proceeding or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated: April 6, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE